SEALED **UNITED STATES DISTRICT COURT**
for the
District of Arizona



In the Matter of the Search of

2509 E Del Rio Dr., Tempe, AZ

Case No.     25-9468 MB

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 11/04/2025 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for 30 days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10/21/2025@12:25pm _____     *Eswillett*
                                                                                                                           *Judge's signature*

City and state: <u>Phoenix, Arizona</u>          <u>Eileen S. Willett, United States Magistrate Judge</u>
                                                                          *Printed name and title*

## ATTACHMENT A
*Property to be Searched*

The property to be searched is 2509 E Del Rio Dr., Tempe, AZ. The Subject Premises is a single-story residence with a brown roof and beige brick front. There are two barred windows facing the front of the residence and the front door is positioned to the left of the windows, behind a brick half-wall and gate. The Subject Premises bears the number "2509" on the right side of the garage.



## ATTACHMENT B

*Property to be seized*

1.     Any firearms, including firearms parts, frames, receivers, accessories, magazines, cases, boxes, holsters, firearm lights, firearm optics, and other firearm accoutrements.

2.     Any ammunition and components including, bullets, brass, casings, boxes, and cases;

3.     Any Concealed Carry Weapons Permit;

4.     Records and documents from January 1, 2024, to present, which reflect the sale, trade, pawn, receipt, or disposition of any firearm, buyer lists, seller lists, books reflecting the value of firearms or ammunition and notes (cryptic or otherwise), pay-owe sheets, records of sales, log books, ledgers, documents and photographs which reflect relationships between unidentified co-conspirators to include personal telephone/address books, including:

   a.     Records, documents, notes, receipts, ledgers, invoices, indicia, or photographs showing the acquisition or sale of any firearms and firearm parts;

   b.     Receipts, bank account records, buyer or seller lists, money transfer records, agreements for storage facilities, records of mail service, ledgers, and notebooks showing the acquisition and/or disposition of firearms and firearm parts;

   c.     Books, records, receipts, notes, ledgers, personal checks and other papers relating to the transportation, ordering, and purchase of firearms, firearm accessories, or ammunition;

   d.     Ledgers, customer lists, contact lists, inventory lists, vendor lists, or any notes containing the individual names of such persons, telephone numbers or addresses of such persons; and,

e.      Bank documents and records, financial documents and records, and any records and documents relating to any bank or financial transactions, including: correspondence, signature cards and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly or periodic account statements; pre-paid credit/debit cards; money wrappers; copies of check journals, check ledgers, checkbooks, check registers, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, financial statements, mortgage or promissory notes; copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts; and records relating to employment, wages earned and paid, business income earned, and other compensation records.

5.      Records indicating occupancy, residency, rental or ownership of the search location, including utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, and keys;

6.      Any and all records pertaining to the rental of self-storage units and post office boxes or mailboxes;

7.      Electronic equipment, including cellular telephones, computers, disks, thumb drives, and any media storage device, GPS devices and their memory, and related manuals used to generate, transfer, count, record or store the information described in this attachment.

8.      Any records and information from January 1, 2024, to present, found within the digital contents of any electronic storage media seized from the Subject Premises, including:

a. all information related to the sale, purchase, receipt, shipping, importation, transportation, transfer, possession, or use of drugs, drug packaging, and weapons;

b. all information related to buyers or sources of drugs or weapons (including names, addresses, telephone numbers, locations, or any other identifying information);

c. all bank records, checks, credit card bills, account information, or other financial records;

d.     all information regarding the receipt, transfer, possession, transportation, or use of drug or firearm proceeds;

e.     any information recording schedule or travel;

f.     evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

g.     evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

h.     evidence indicating the electronic storage media user's state of mind as it relates to the crime under investigation;

i.     evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

j.     evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic storage media;

k.     evidence of the times the electronic storage media were used;

l.   passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media;

m.   documentation and manuals that may be necessary to access the electronic storage media or to conduct a forensic examination of the electronic storage media;

n.   records of or information about Internet Protocol addresses used by the electronic storage media;

o.   records of or information about the electronic storage media's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any internet search engine, and records of user-typed web addresses;

p.   contextual information necessary to understand the evidence described in this attachment.

9.   Items used for identification, including identification cards under fictitious names, and any other type of false identifying documents.

10.   Records from January 1, 2024, to present, relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal, Zelle or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money.

11.   U.S. Currency and currency counters.

12.     Packaging material, shipping material, shipping labels, shipping postages, and any other paraphernalia related to the packaging, selling, purchasing, and distribution of firearms, firearms parts, or ammunition."

13. Any "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies). This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.

This warrant authorizes a review of records and information seized, copied or disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the ATF may deliver a complete copy of the seized, copied, or disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## Return

| Case No.: 25-9468MB | Date and time warrant executed: 10/22/2025 6:00 am | Copy of warrant and inventory left with: Maria HERRERA-MEZA |
|---|---|---|

Inventory made in the presence of :
  Special Agent Ryan Rolon

Inventory of the property taken and name of any person(s) seized:

  See attached: Receipt for Property ATF Form 3400.23.

## Certification

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  10/23/2025

MADISON ADAMO   Digitally signed by MADISON ADAMO
Date: 2025.10.23 14:26:20 -07'00'

*Executing officer's signature*

Madison Adamo, Special Agent

*Printed name and title*

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

Page 1 of 1

| Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|
| | | Phoenix |

Taken from: (name, title, address, if appropriate)
Joshua Chavez Herrera
2509 E Del Rio Dr
Tempe, AZ 85282

Recipient: (name, title, address, if appropriate)
ATF Phoenix

Location of Transfer or Seizure
2509 E Del Rio Dr
Tempe, AZ 85282

Basis for Transfer or Seizure of Items:
Search Warrant

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Taurus, G2C, S/N#: TMA609121, 9mm, Pistol |
| 2 | Cellphone |
| 3 | 11 9mm bullets found in magazine located w/ item #1 |
| 4 | Suspected Drug Paraphernalia / Narcotics |
| 5 | Gun Tags |
| 6 | Misc Receipts |
| 7 | 9 Bags Misc Unknown Powder Substance |
| 8 | Misc Receipts |
| 9 | Suspected Drug Paraphernalia / Narcotics |
| 10 | Misc Ammo |
| 11 | Suspected Drug Paraphernalia / Narcotics |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: (signature) | | | Date 10/22/25 |
|---|---|---|---|
| Transferred by: (signature, if appropriate) | Date | Witnessed by: (signature) | Date 10/22/25 |

ATF Form 3400. 23
Revised March 2005